1  Moira C. McQuaid (State Bar No. 154232)
   Law Offices of Moira C. McQuaid
2  830 Burlway Road
   Burlingame, California 94010
3  Telephone: (650) 359-2545
   Facsimile: (650) 359-2533
4
   Attorneys for Plaintiffs
5  ASHANKA STAGG, DAMIAN SEQUOIA,
   LUCIAN BALMER, SUNDARI MICHAELIAN
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| ASHANKA STAGG, DAMIAN SEQUOIA, LUCIAN BALMER and SUNDARI MICHAELIAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANANDA FUARA RESTAURANT; an entity, form unknown; GARIMA, INC., a corporation; GARIMA HOFFMANN, an individual; SRI CHINMOY SOCIETY, INC., a corporation; SRI CHINMOY CENTRE, an entity, form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.   CV 10-02768 JSW<br><br>STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT |

22     IT IS HEREBY STIPULATED by and between the parties hereto through their
23  respective attorneys of record that Plaintiffs may file a First Amended Complaint, a copy
24  of which is attached.
25     IT IS FURTHER STIPULATED that the Defendants waive notice and service of
26  the First Amended Complaint and shall not be required to answer the First Amended
27  //
28  //

- 1 -
STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT          Case CV-10-02768 JSW

1  Complaint, and that all denials, responses and affirmative defenses contained in the
2  Answers filed by Defendants to the original Complaint shall be responsive to the First
3  Amended Complaint.

4  Dated: August 9, 2010                    LAW OFFICES OF MOIRA C. McQUAID

6                                  by      _____/s/_____
                                           Moira C. McQuaid
7                                          Attorneys for Plaintiffs
                                           ASHANKA STAGG, DAMIAN SEQUOIA,
8                                          LUCIAN BALMER and SUNDARI
                                           MICHAELIAN

10 Dated: August 9, 2010                    GOLDFARB LIPMAN

12                                 by      _____/s/_____
                                           JAMES DIAMOND
13                                         Attorneys for Defendants
                                           ANANDA FUARA RESTAURANT, GARIMA,
14                                         INC. AND GARIMA HOFFMANN

16 Dated: August 9, 2010                    LITTLER MENDELSON

18                                 by      _____/s/_____
19                                         MICHAEL F. McCABE
                                           Attorneys for Defendants
20                                         SRI CHINMOY SOCIETY, INC. AND
                                           SRI CHINMOY CENTRE

23        PURSUANT TO THE STIPULATION IT IS SO ORDERED.

25 Dated:  August 10, 2010                  _/s/ Jeffrey S. White_____
                                            Honorable Jeffrey S. White
26                                          United States District Judge

- 2 -
STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT          Case CV-10-02768 JSW