1  JAMES T. DIAMOND, JR., SBN #131525
   XOCHITL CARRION, SBN #252733
2  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Eleventh Floor
3  City Center Plaza
   Oakland, CA  94612
4  Telephone:  (510) 836-6336
   Facsimile:  (510) 836-1035
5  E-mail: jdiamond@goldfarblipman.com

6  Attorneys for Defendants
   ANANDA FUARA RESTAURANT and GARIMA HOFFMANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASHANKA STAGG, DAMIAN SEQUOIA, LUCIAN BALMER, and SUNDARI MICHAELIAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANANDA FUARA RESTAURANT, an entity, form unknown, et al.,<br><br>Defendants. | Case No. C10-02768 JSW<br><br>**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER; [~~PROPOSED~~] ORDER**<br> CONTINUING MOTION HEARING<br> AND TRIAL DATES |
|---|---|

The Parties, Defendants Ananda Fuara Restaurant, Garima Hoffmann, Sri Chinmoy Society, Inc. and Sri Chinmoy Centre (sometimes collectively referred to herein as the "Defendants") and Plaintiffs Ashanka Stagg, Damian Sequoia, Lucian Balmer and Sundari Michaelian (collectively, the "Plaintiffs"), through their counsel of record, request and stipulate to amend the Pretrial Scheduling Order per Federal Rules of Civil Procedure, rule 16(b), for good cause as follows:

### RECITALS

1. Whereas, the Court issued a Pretrial Scheduling Order on October 25, 2010;

2. Whereas, the Parties have propounded written discovery and anticipate upwards of 20 days of deposition discovery in this action;

3. Whereas, the Parties have agreed to mediate this case at this point in the litigation,

Goldfarb &
Lipman LLP
1300 Clay Street
Eleventh Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

before the expense of deposition discovery must be incurred;

4. Whereas, the Parties scheduled a mediation with Michael Loeb at JAMS for May 13, 2011, which would have permitted them to attempt to finally resolve this action before having to incur substantial litigation expenses;

5. Whereas, Moira McQuaid, counsel for Plaintiffs, is currently involved in what will be nearly a two-month trial in San Francisco Superior Court.  The case was assigned out for trial on March 14, 2011 after defense counsel in that case moved to continue an earlier February 22, 2011 trial date.  Since the trial assignment, the case has been subject to another short continuance at the request of defense counsel for personal reasons.  The trial judge now estimates that with the current trial time estimates, the earliest date testimony is likely to be concluded is May 10, 2011, and that with the prospect for some delay and allowing time for jury deliberations, the matter will likely extend through May 13, 2011 and possibly into the following week, starting May 16, 2011;

6. Whereas, the next available date for Mr. Loeb to mediate this case are in early June 2011, which will not give the parties sufficient time to conduct the mediation and then complete discovery in this action due to the July 8, 2011 fact discovery cutoff date;

7. Whereas, the parties have scheduled the mediation with Mr. Loeb for June 10, 2011, the first date that all parties and counsel were mutually available;

8. Whereas, the Parties cannot complete the discovery process within the deadlines set forth in the Pretrial Scheduling Order and mediate this case prior to commencing depositions, and therefore the Parties respectfully request that this Court, as set forth below in the Parties' Stipulation, move forward the discovery dates four weeks and the dispositive motion dates seven weeks to allow the Parties time to attempt to resolve this case informally before having to incur substantial further discovery costs, and to permit them a reasonable amount of time to complete discovery should the mediation not be successful; and,

9. Whereas, in October 2010 the Pretrial Conference in this action was initially set for November 21, 2011, but it appears from the Court's current schedule that it will not be available on that date in 2011.

Goldfarb &
Lipman LLP
1300 Clay Street
Eleventh Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

1  The Parties do not seek at this time a continuance of the Trial Date.

2  **STIPULATION**

3  NOW THEREFORE, the Parties, through their respective counsel of record, stipulate and
4  request that the following dates set forth in the October 25, 2010 Pretrial Order, and the Expert
5  Witness Disclosure dates, be extended as follows:

6  June 29, 2011         Last day to amend pleadings

7  August 5, 2011        Close of fact discovery

8  August 18, 2011       Expert Witness Disclosures (initial)

9  September 1, 2011     Expert Witness Disclosures (rebuttal)

10 September 23, 2011    Close of expert discovery

11 October 28, 2011      9:00 a.m.: Hearing on dispositive motions

If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

One party files an opening summary judgment motion by September 2, 2011

The other party shall file its opposition and cross-motion by September 16, 2011

The reply and opposition to the cross-motion is due by September 30, 2011

The reply in support of the cross-motion is due by October 7, 2011

November 28, 2011    2:00 p.m. Pretrial Conference

Dated: April ___, 2011

                                        _____/s/_____
                                        James T. Diamond, Jr.
                                        GOLDFARB & LIPMAN
                                        Attorneys for Defendants
                                        ANANDA FUARA RESTAURANT
                                        and GARIMA HOFFMANN

Dated: April ___, 2011

                                        _____/s/_____
                                        Michael F. McCabe
                                        LITTLER MENDELSON
                                        Attorneys for Defendants
                                        SRI CHINMOY SOCIETY, INC.
                                        and SRI CHINMOY CENTRE

Goldfarb & Lipman LLP
1300 Clay Street
Eleventh Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

Dated: April ___, 2011

          ___/s/_____
Moira C. McQuaid
LAW OFFICES OF MOIRA C. MCQUAID
Attorneys for Plaintiffs
ASHANKA STAGG, DAMIAN SEQUOIA, LUCIAN BALMER, and SUNDARI MICHAELIAN

## ATTESTATION OF E-FILED SIGNATURE

I, James T. Diamond, Jr. am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Moira McQuaid and Michael McCabe have read and approved this Stipulation and consent to its filing.

Dated: April ___, 2011

          _____/s/_____
James T. Diamond, Jr.
GOLDFARB & LIPMAN

Goldfarb & Lipman LLP
1300 Clay Street
Eleventh Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

# **ORDER**

Based upon the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the following dates set forth in the October 25, 2010 Pretrial Order, and Expert Witness Disclosure dates, be extended as follows:

| | |
|---|---|
| June 29, 2011 | Last day to amend pleadings |
| August 5, 2011 | Close of fact discovery |
| August 18, 2011 | Expert Witness Disclosures (initial) |
| September 1, 2011 | Expert Witness Disclosures (rebuttal) |
| September 23, 2011 | Close of expert discovery |
| October 28, 2011 | 9:00 a.m.: Hearing on dispositive motions |

If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

One party files an opening summary judgment motion by September 2, 2011

The other party shall file its opposition and cross-motion by September 16, 2011

The reply and opposition to the cross-motion is due by September 30, 2011

The reply in support of the cross-motion is due by October 7, 2011

~~November 28, 2011   2:00 p.m.:~~ Pretrial Conference is continued to March 12, 2012 at 2:00 p.m.  Trial is continued to April 2, 2012 at 8:00 a.m.

IT IS SO ORDERED.

DATED: __April 28__, 2011

_Jeffrey S. White_
Honorable Jeffrey S. White
United States District Court Judge