Moira C. McQuaid (State Bar No. 154232)
Law Offices of Moira C. McQuaid
830 Burlway Road
Burlingame, California 94010
Telephone: (650) 359-2545
Facsimile: (650) 359-2533

Attorneys for Plaintiffs
ASHANKA STAGG, DAMIAN SEQUOIA,
LUCIAN BALMER, SUNDARI MICHAELIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHANKA STAGG, DAMIAN SEQUOIA, LUCIAN BALMER, SUNDARI MICHAELIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ANANDA FUARA RESTAURANT; an entity, form unknown; GARIMA, INC., a corporation; GARIMA HOFFMANN, an individual; SRI CHINMOY SOCIETY, INC., a corporation; SRI CHINMOY CENTRE, an entity, form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV 10-02768 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

Plaintiffs Ashanka Stagg, Damian Sequoia, Lucian Balmer and Sundari Michaelian and Defendants Ananda Fuara Restaurant, Garima, Inc., Garima Hoffmann, Sri Chinmoy Society, Inc. and Sri Chinmoy Centre (hereinafter collectively referred to as the "Parties") hereby submit this Stipulation to dismiss this case with prejudice.

//

WHEREAS, Plaintiffs previously filed a Stipulation for Dismissal Without Prejudice as to Defendant Garima, Inc. on September 22, 2010; and

WHEREAS, Plaintiffs previously filed a Stipulation for Dismissal Without Prejudice as to Defendant Sri Chinmoy Society, Inc. on May 26, 2011; and

WHEREAS, the Parties reached a confidential resolution of this dispute which has been embodied in a Settlement Agreement and General Release of All Claims; and

WHEREAS, the Parties agree that it is now appropriate to dismiss this case with prejudice.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES that this action shall be dismissed in its entirety, with prejudice.

Dated: August 19, 2011                LAW OFFICES OF MOIRA C. McQUAID

                               by     _____/s/_____
                                      Moira C. McQuaid
                                      Attorneys for Plaintiffs
                                      ASHANKA STAGG, DAMIAN SEQUOIA,
                                      LUCIAN BALMER and SUNDARI
                                      MICHAELIAN

Dated: August 19, 2011                GOLDFARB LIPMAN

                               by     _____/s/_____
                                      JAMES DIAMOND
                                      Attorneys for Defendants
                                      ANANDA FUARA RESTAURANT, GARIMA,
                                      INC. and GARIMA HOFFMANN

Dated: August 19, 2011                LITTLER MENDELSON

                               by     _____/s/_____
                                      MICHAEL F. McCABE
                                      Attorneys for Defendants
                                      SRI CHINMOY SOCIETY, INC. and
                                      SRI CHINMOY CENTRE

Stip. for Dismissal with Prejudice of Entire Case                Case No. CV 10-02768 JSW

**ATTESTATION OF E-FILED SIGNATURE**

I, Moira McQuaid, am the ECF User whose ID and password are being used to file this Stipulation and Order for Dismissal of Case with Prejudice Pursuant to Settlement Agreement. In compliance with General Order 45, X.B., I hereby attest that Michael McCabe and James Diamond have read and approved this Stipulation and Proposed Order and consent to its filing in this action.

Dated: August 19, 2011            LAW OFFICES OF MOIRA C. McQUAID

by     _____/s/_____
       Moira C. McQuaid
       Attorneys for Plaintiffs
       ASHANKA STAGG, DAMIAN SEQUOIA,
       LUCIAN BALMER and SUNDARI
       MICHAELIAN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 22, 2011    _____
                          Hon. Jeffrey S. White
                          United States District Judge

Stip. for Dismissal with Prejudice of Entire Case          Case No. CV 10-02768 JSW

-3-